# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 30, 2013

### NO. 03-13-00344-CV

**Shawn Hizey, Appellant**

**v.**

**Deutsche Bank Trust Company Americas as Trustee for Rali 2007 QS2, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE GOODWIN**

**THIS DAY** came on to be submitted to this Court the joint motion to dismiss the appeal in the above cause, and the Court having fully considered said motion, and being of the opinion that same should be granted: **IT IS THEREFORE** considered, adjudged and ordered that said motion is granted, and that the appeal is dismissed. It is **FURTHER** ordered that each party shall pay all costs of the appeal incurred by that party; and that this decision be certified below for observance.